UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE BRIGGS,<br><br>    Petitioner,<br><br> v.<br><br>C. SCHUYLER,<br><br>    Respondent. | Case No.: 1:24-cv-00310-KES-SKO (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE COPY OF ANSWER ON PETITIONER<br>[Doc. 10]<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br>[Doc. 12]<br><br>[DEADLINE: AUGUST 6, 2024] |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 3, 2024, Respondent filed an answer to the petition. (Doc. 10.) According to the attached declaration, Respondent served the answer on Petitioner at the same address noted on the docket. On June 20, 2024, Petitioner filed a request for a copy of the answer. (Doc. 12.) Petitioner states he did not receive the answer, but he apparently received the Findings and Recommendations which were served at the same address. It is unclear why Petitioner received one but not the other.

  The Clerk of Court is DIRECTED to serve Petitioner with a copy of the answer, and in

//

//

1

light of the circumstances, Petitioner is GRANTED an extension of time of thirty (30) days to and including August 6, 2024, to file objections.

IT IS SO ORDERED.

Dated:  **June 22, 2024**                         /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE